IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CARLOS GONZALEZ,
                          *Plaintiff,*

          v.

CORRECTIONS OFFICER MARK
JORDAN, *et al.,*

                          *Defendants.*

CIVIL ACTION
NO. 20-4962

## ORDER

AND NOW, this 5th day of January, 2022, upon consideration of Defendant

Corrections Officer Mark Jordan's Motion for Summary Judgment (ECF 45), Gonzalez's

opposition (ECF 48) and Jordan's response (ECF 49) and consistent with the

accompanying Memorandum of Law, it is **ORDERED** that Jordan's Motion is

**DENIED** without prejudice, and:

1.   Jordan may file a renewed motion for summary judgment or inform the
     Court that he does not wish to renew his motion on or before **Thursday,
     February 3, 2022**;

2.   Gonzalez shall respond to any renewed motion for summary judgment on
     or before **Monday, March 7, 2022**; and

3.   The Court will conduct a status conference and implement a final pretrial
     conference and trial schedule, if necessary, after resolution of any
     renewed motion for summary judgment.

It is **FURTHER ORDERED** that the Clerk of Court shall terminate Gonzalez's

"motion" at ECF 48 because the Court construes it as a response to Jordan's Motion

(ECF 45).

It is also **ORDERED** that Officer Jordan's Motion for Leave to File Exhibit Under Seal (ECF 44) is **GRANTED**.  Exhibit "G" to Jordan's Concise Statement of Material Facts and Brief in Support of Motion for Summary Judgment – excerpts from Gonzalez's medical records – shall be maintained under seal consistent with Local Rule of Civil Procedure 5.1.5.

Finally, because this Order describes the next steps required for this case to proceed, it is **ORDERED** that Gonzalez's Motion to the Court for an Update (ECF 51) is **DISMISSED** as moot.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.