IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARLOS GONZALEZ,<br><br>     *Plaintiff,*<br><br>v.<br><br>CORRECTIONS OFFICER MARK JORDAN,<br><br>     *Defendant.* | CIVIL ACTION<br><br>NO. 20-4962 |

**PAPPERT, J.**                                                                                         **September 13, 2022**

### ORDER

    **AND NOW**, this 13th day of September 2022, upon consideration of Defendant Jordan's Motion for Summary Judgment (ECF 56), it is hereby **ORDERED** that:

1. Jordan's Motion for Summary Judgment (ECF 56) is **GRANTED**.
2. Judgment is entered in favor of Jordan and against Gonzalez on all claims.
3. The Clerk of Court shall mark this case **CLOSED**.

                                                                         BY THE COURT:


                                                        */s/ Gerald J. Pappert*
                                                       GERALD J. PAPPERT, J.